# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:14-cv-00008 |
| § | |
| Acer, Inc., et al. § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |
| § | |

## HUAWEI TECHNOLOGIES CO., LTD, HUAWEI TECHNOLOGIES USA, INC. AND HUAWEI DEVICE USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Huawei Technologies Co., Ltd, Huawei Technologies USA, Inc. and Huawei Device USA, Inc. (collectively "Huawei") hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Huawei Technologies Co., Ltd. is wholly owned by Huawei Investment & Holding Co., Ltd. No publicly held company owns 10% or more of Huawei Technologies Co., Ltd.'s stock.

Defendant Huawei Technologies USA, Inc. is a wholly owned subsidiary of Huawei Technologies Coöperatief U.A. No publicly held company owns 10% or more of Huawei Technologies USA, Inc.'s stock.

Defendant Huawei Device USA, Inc. is a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Ltd. No publicly held company owns 10% or more of Huawei Device USA, Inc.'s stock.

Dated:  June 9, 2014    Respectfully Submitted,

*/s/  Benjamin C. Elacqua*
Benjamin C. Elacqua
Texas Bar No. 24055443
Elacqua@fr.com
Michael R. Rueckheim
Texas Bar No. 24081129
Rueckheim@fr.com
Fish & Richardson PC
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: 713-654-5300
Fax: 713-652-0109

**ATTORNEYS FOR DEFENDANTS**
**HUAWEI TECHNOLOGIES CO., LTD.**
**HUAWEI TECHNOLOGIES USA, INC.**
**HUAWEI DEVICE USA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on June 9, 2014 in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *Benjamin C. Elacqua*