IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:14-cv-8 |
| | § | |
| ACER, INC., er al., | § | **JUDGE RON CLARK** |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER FIRST AMENDED COMPLAINT**

Personal Audio, LLC ("Personal Audio") filed its First Amended Complaint on October 6, 2014. (Dkt. No. 128). The First Amended Complaint identified Huawei Device Co., Ltd and Huawei Devices USA, Inc. (together "Huawei"). Personal Audio and Huawei are working diligently to finalize settlement papers and file papers to close the case. (See Dkt. No. 123). As such, Huawei moves to extend its deadline to Answer Personal Audio's First Amended Complaint to November 14, 2014. Personal Audio does not oppose this motion.

Dated: October 20, 2014    Respectfully Submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
Texas Bar No. 24055443
Elacqua@fr.com
Michael Rueckheim
Texas State Bar No. 24081129
Rueckheim@fr.com
FISH & RICHARDSON, P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5343
Fax: 713-652-0109
Email: rueckheim@fr.com

*Attorneys for Huawei Device Co., Ltd and
Huawei Devices USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 20, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on this 20th day of October, 2014, counsel for Huawei has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for the Parties have conferred regarding the relief requested herein on October 20, 2014 and are in agreement that the relief is unopposed.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua